```
1   HANSON BRIDGETT LLP
    PATRICK M. GLENN - 141604
2   pglenn@hansonbridgett.com
    CHRISTINA LUINI - 238548
3   cluini@hansonbridgett.com
    425 Market Street, 26th Floor
4   San Francisco, CA 94105
    Telephone:    (415) 777-3200
5   Facsimile:    (415) 541-9366

6   Attorneys for Defendants
    THE PERMANENTE MEDICAL GROUP, INC. (erroneously
7   named in the Complaint as KAISER FOUNDATION HEALTH
    PLAN, KAISER FOUNDATION HOSPITALS) and GREGG
8   RICHARDSON
```

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAYLYNN SCHREVE,<br><br>        Plaintiff,<br><br>v.<br><br>KAISER FOUNDATION HEALTH PLAN, KAISER FOUNDATION HOSPITALS, THE PERMANENTE MEDICAL GROUP, INC., and GREGG RICHARDSON,<br><br>        Defendants. | No. CV 08 4716 MHP<br><br>STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE<br><br>[FED. R. CIV. P. 41(A)(1)] |

    The parties have reached a settlement in the above-captioned action. No party admits to wrongdoing, liability or fault. The purpose of the settlement is to conclude all pending litigation. Therefore, IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice in its entirety pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each side shall bear its own attorneys' fees and costs except as provided in the Settlement Agreement and Release of Claims executed by the parties. This dismissal shall be effective on the date that it is e-filed with the Court.

///

1  DATED: November 9, 2009                    HANSON BRIDGETT LLP

3                                              By: /s/ Patrick M. Glenn
                                               PATRICK M. GLENN
4                                              CHRISTINA LUINI
                                               Attorneys for Defendants
5                                              TPMG and GREGG RICHARDSON

6  DATED: November 2, 2009                    THE LEGAL AID SOCIETY -
                                               EMPLOYMENT LAW CENTER

8                                              BY: /s/ Claudia Center
9                                              CLAUDIA CENTER
                                               ELIZABETH KRISTEN
10                                             RACHAEL LANGSTON
                                               Attorneys for Plaintiff
11                                             KAYLYNN SCHREVE

12/8/2009

IT IS SO ORDERED
/s/ Marilyn H. Patel
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

- 2 -
STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE
(CASE NO. CV 08 4716 MHP)

2029293.1